499 A.2d 580

**Joseph L. MELNICK, M.D., Petitioner,**

v.

**STATE BOARD OF MEDICAL EDUCATION AND LICENSURE.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1985.

Decided Oct. 23, 1985.

Richard A. Sprague, Mark A. Sternlicht, Sheldon L. Albert, Philadelphia, for petitioner.

Andrew S. Gordon, Deputy Atty. Gen., Gregory R. Neuhauser, Harrisburg, for State Bd. of Medical Educ. and Licensure.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

AND NOW, this 23rd day of October, 1985, it appearing that the direct appeal to this Court in the above-captioned matter has been improvidently filed, it is ORDERED, pursuant to Pa.R.A.P. 1102, that said appeal is deemed a

Petition for Allowance of Appeal, and it is further OR-DERED that the same is denied.